1:19MJ2147

**AFFIDAVIT**

Your Affiant, Special Agent Daniel Lajack, being duly sworn, deposes and states:

Affiant, Daniel Lajack, is an employee of the Lake County Narcotics Agency (LCNA), Painesville, Lake County, Ohio, as a Special Agent, since July 2000, and is currently assigned as a Task Force Officer (TFO) with the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), within the meaning of Section 878(a) of Title 21, United States Code, that is an officer who is empowered by law to conduct investigations, make arrests, execute search warrants, and seize property in connection with violations of Title 18, United States Code and Title 21, United States Code.  Affiant is a TFO for the DEA, and has been assigned to the Cleveland District Office (CDO) in Cleveland, Ohio, since October 2016.

**TRAINING AND EXPERIENCE**

Affiant has received specialized training in conducting narcotics investigations from the Ohio Peace Officer Training Academy, the Narcotics Association of Regional Coordinating Officers, the DEA Training Academy in Quantico, Virginia, the United States Attorney's Office, the Northeast Counterdrug Training Center, Ohio High Intensity Drug Trafficking Area, and other law enforcement training centers regarding the identification of narcotic controlled substances and the operation of drug trafficking organizations.

Affiant has also been involved in the investigation of numerous individuals and organizations involved in the manufacturing, distribution, and use of controlled substances.  During Affiant's employment as a Special Agent with LCNA, and DEA as a Task Force Officer, Affiant has also worked in an undercover capacity for the purpose of purchasing and/or delivering controlled substances; and has participated in the preparation of affidavits in support of numerous search and arrest warrants for violations of federal drug laws contained in Title 21, United States Code, as well as in the execution of the same.

In addition, Affiant has on numerous occasions, as a Special Agent with LCNA and with DEA as a Task Force Officer, made seizures of contraband, conveyances, currency, drug paraphernalia, and firearms possessed or used in relation to violations of Title 21, United States Code, Section 841. Affiant has successfully conducted numerous investigations that have resulted in the arrest of numerous drug traffickers and the

seizure of significant quantities of drugs and drug-related proceeds. Affiant has further conducted surveillance operations of drug traffickers and has interviewed numerous persons personally involved in drug trafficking. Affiant has also supervised numerous confidential sources during controlled purchases of narcotics. Through this training and experience, Affiant has become familiar with, and has gained a thorough understanding of the methods, manner and means used by individuals engaged in the unlawful manufacturing, trafficking, and use of controlled substances.

Affiant makes this affidavit in support of a complaint and arrest warrant for DEONTAE WILSON and CEDRIC SHEPHARD, and submits that there is probable cause to believe that WILSON and SHEPHARD have conspired to distribute and possess with intent to distribute cocaine/cocaine base ("crack"), in violation of Title 21, United States Code, Sections 846 and 841(a)(1). This affidavit does not contain each and every piece of information known to Affiant and other investigators, but rather only information sufficient to establish probable cause to support the requested criminal complaint.

**PROBABLE CAUSE**

1. On June 26, 2019, Task Force Officer (TFO) Daniel Lajack from the U.S. Drug Enforcement Administration Cleveland District Office Group 1 Task Force (DEA) obtained federal search warrants from the Honorable U.S. Magistrate David A. Ruiz for 20671 Crystal Avenue, Euclid, Cuyahoga County, Ohio; and 30314 Euclid Avenue, Wickliffe, Lake County, Ohio (Wilson's Auto Spa). These two properties are associated with Deontae WILSON.

2. On June 27, 2019, members of the DEA Group 1 Task Force, the Lake County Narcotics Agency (LCNA), the Wickliffe Police Department (WPD), the Euclid Police Department (EPD), EDGE SWAT Team, and the Western Emergency Response Team (SWAT) attempted to utilize Cuyahoga County Sheriff's Office Confidential Informant 19-003 (CI-19-003) to order 4 ounces of crack cocaine from Deontae WILSON and Cedric SHEPHARD. Investigators have established that SHEPHARD is a supplier of crack cocaine to WILSON, and would often deliver large amounts of crack cocaine to WILSON at his business, which has been identified as Wilson's Auto Spa, 30314 Euclid, Cuyahoga County, Ohio.

2

3. On this day, at approximately 9:00 AM, TFO Lajack and TFO Doug Jopek met with CI-19-003 at a predetermined meeting location to place a phone call to WILSON to arrange an attempted purchase /delivery of 4 ounces of crack cocaine. The operational plan was to have CI-19-003 call WILSON, order 4 ounces of crack cocaine, and that SHEPHARD would deliver the crack cocaine to WILSON's Auto Spa. Once SHEPHARD would arrive at business, investigators would execute the search warrant at both locations described above.

4. As TFO Lajack and TFO Jopek were meeting with CI-19-003, members of DEA, LCNA, WPD, and EPD conducted surveillance at 20671 Crystal Avenue, Euclid, Ohio; and 30314 Euclid Avenue, Wickliffe, Ohio. Once the call from CI-19-003 to WILSON was successful, and investigators observed SHEPHARD arrive at Wilson's Auto Spa, investigators planned to execute said search warrants.

5. At approximately 9:25 AM, Special Agent (SA) Shaun Moses, DEA, and SA Paul Fergosi, DEA, observed WILSON depart 20671 Crystal Avenue, Euclid, Ohio. WILSON was driving a 4-door Ford Eco Sport, bearing Ohio Registration FXT9267. This vehicle is registered to EAN Holdings LLC, which is a rental company. SA Moses and SA Fergosi followed WILSON away, but lost WILSON on surveillance in the area of Shoreview Avenue and East 260th Street, Euclid, Ohio. At this time, surveillance on WILSON was terminated. Surveillance was set back up on WILSON'S residence on Crystal Avenue, as well as Wilson's Auto Spa.

6. At approximately 10:22 AM, TFO Maria Matos observed the 4-door Ford Eco Sport, bearing Ohio Registration FXT9267 parked in front of Wilson's Auto Spa.

7. At approximately 10:25 AM, CI-19-003 placed a recorded call to WILSON at (440) 571-2248 to order the 4 ounces of crack cocaine. WILSON answered. CI-19-003 asked WILSON for 3 ounces. WILSON said, "Ok." CI-19-003 asked where WILSON was located, and WILSON told CI-19-003 he was about to be at the shop, meaning Wilson's Auto Spa. CI-19-003 then asked for 4 ounces, rather than 3, because CI-19-003 told WILSON that CI-19-003's "dude" wanted one too. WILSON asked CI-19-003 if CI-19-003 had his "dude's" money. CI-19-003 said, "Yes." WILSON told CI-19-003 he would call right back. TFO Lajack recorded the above phone call.

8. At approximately 10:41 AM, investigators conducting surveillance on Wilson's Auto Spa observed WILSON exit the front

doors of the shop talking on a cell phone. WILSON then drove directly next door to the gas station, bought ice, and then returned to Wilson's Auto Spa.

9. At approximately 10:50 AM, CI-19-003 received a call from WILSON from (440) 571-2248. During this call, WILSON instructed CI-19-003 to be at the shop (Wilson's Auto Spa) in one hour, and for CI-19-003 to call when CI-19-003 was on the way. TFO Lajack recorded the above phone call.

10. At approximately 11:35 AM, CI-19-003 placed a recorded call to WILSON at (440) 571-2248. During this call, CI-19-003 told WILSON CI-19-003 is on the way. TFO Lajack recorded the above phone call.

11. At this time, TFO Lajack and TFO Jopek sent CI-19-003 over Wilson's Auto Spa, to see what was taking so long and/or to see if WILSON had the 4 ounces of crack cocaine in the business. If this was the case, the search warrant would be executed once CI-19-003 left the business. It should be noted that no operation funds (buy money) would be present and/or be provided to CI-19-003.

12. At approximately 1:13 PM, CI-19-003 was equipped with a body transmitter and digital recorder for the purposes of being monitored and recorded. CI-19-003 then arrived at Wilson's Auto Spa and went inside the front door. Once CI-19-003 was able to find out from WILSON what was taking so long for the crack cocaine to arrive, CI-19-003 told WILSON he was going to leave to go and make a quick drug transaction with a customer. (It should be noted that this was just a story CI-19-003 told WILSON in order to have an excuse to get out of the business to meet with investigators).

13. At approximately 1:25 PM, CI-19-003 exited the shop and met with TFO Lajack and TFO Jopek at a predetermined meeting location to be debriefed. CI-19-003 informed TFO Lajack and TFO Jopek that WILSON said his guy, who investigators believed to be SHEPHARD, would be arriving in 4 minutes.

14. At approximately 1:48 PM, Group Supervisor Dominick Braccio, DEA, observed a black 4-door Jeep Cherokee, bearing Ohio Registration HSF2324, on State Route 305 driving southbound towards Euclid Avenue. This vehicle is registered to Jaime Schwachter, 2740 Euclid Heights Boulevard, Cleveland Heights, Ohio. It should be noted investigators have seen and/or observed SHEPHARD driving and/or as a passenger in this vehicle on past surveillance during this investigation. GS Braccio followed the Jeep until it was stopped at a train crossing. Due to the train

crossing, the Jeep turned around and drove a different route until it ultimately arrived at Wilson's Auto Spa, 30314 Euclid Avenue, Wickliffe, Ohio. Investigators who were conducting surveillance on Wilson's Auto Spa observed the Jeep pull into the rear parking lot of the business and pull into a bay door that is associated to Wilson's Auto Spa. The bay door remained opened.

15. At this time, TFO Lajack notified the Western Emergency Response Team (SWAT) that the warrant could be executed. Investigators maintained surveillance on Wilson's Auto Spa until SWAT arrived.

16. At approximately 1:55 PM, SWAT approached the business and identified themselves as police by yelling, "police…search warrant…police…search warrant" numerous times. Entry was made without incident. SHEPARD and WILSON were arrested outside in the rear of the business. Also inside was an employee of the business, who was later released.

17. TFO Lajack and TFO Jopek provided WILSON and SHEPHARD with a copy of the search warrant, and informed the two the reasons law enforcement were there.

18. At approximately 2:29 PM, TFO Lajack, as witnessed by Dave Frisone, LCNA, advised SHEPHARD of his Constitutional Rights (Miranda). SHEPHARD informed TFO Lajack that he wanted a lawyer and also refused to sign the DEA Advice of Rights form.

19. At approximately 2:35 PM, TFO Lajack, as witnessed by TFO Jopek, advised WILSON of his Constitutional Rights (Miranda). WILSON signed the DEA Advise of Rights form. WILSON did speak with TFO Lajack and TFO Jopek, but denied any knowledge and/or any wrong doing.  WILSON stated that SHEPHARD arrived in the Jeep to get it detailed at the shop.  SHEPHARD said his girlfriend dropped him off at the shop.

20.  During the course of WILSON's arrest, GS Braccio saw a text message conversation on WILSON's Apple IWatch on his wrist.  GS Braccio saw a text message from WILSON to SHEPHARD that stated the deal was a go, he was just waiting on SHEPHARD.

21. TFO Chris Giordano collected the following items as evidence:

Search Warrant Item #1 (SW #1) – Small plastic bag containing white powder, which was located in right front pocket of SHEPHARD.

SW #2 – 1 Verizon LG flip phone, which was located in right front pocket of SHEPHARD.

5

SW #3 – 1 white Apple IPhone, which was located in an office desk.

SW #4 – 1 white Apple IPhone with black case, which was located in an office desk.

SW #5 – 1 red Apple IPhone, which was located in an office desk.

SW #6 – 1 white Apple IPhone with pink case, which was located in an office desk.

SW #7 – 1 black Apple IWatch, which was located on WILSON.

SW #8 – 1 white Apple IPhone with green cover, which was located in the garage bay plugged in.

SW #9 – Plastic bag containing hard white substance in puck form, which was located in center console of Jeep Cherokee.

SW #10 – Sony monitor Vaio security system, which was located in the office.

22. Following the execution of the search warrant, WILSON and SHEPHARD were transported by the Wickliffe Police Department to the Lake County Jail, as witnessed by SA Moses and TFO Lajack.

23. All evidence was brought to LCNA where it was secured and stored per LCNA policy and procedures.

24. TFO Lajack conducted a field test on the suspected crack cocaine (SW #9) that was recovered from SHEPHARD's Jeep Cherokee, which tested positive for the presence for cocaine, a Schedule II controlled substance, and weighed approximately 121.80 grams.

## CONCLUSION

Based upon the above listed facts and circumstances, Affiant has probable cause to believe, and does believe that DEONTAE WILSON and CEDRIC SHEPARD did knowingly conspire to distribute and possess with the intent to distribute cocaine/cocaine base ("crack"), a Schedule II controlled substance, in the Northern District of Ohio, Eastern Division, in violation of Title 21 U.S.C. 846 and 841(a)(1). Affiant therefore requests that an arrest warrant be issued for DEONTAE WILSON and CEDRIC SHEPARD.

_____
Daniel Lajack
Task Force Officer
Drug Enforcement Administration


This affidavit was sworn to
by the affiant by telephone
after a PDF was transmitted
by email, per Crim. R.
41(d)(3) on this __28th__
day of June, 2019.


_____
DAVID A. RUIZ
U.S. MAGISTRATE JUDGE